# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Francisco Carela (J)# | CASE NO: | 00-4215-BSS |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Bernardo Lopez |
| AGENT: | INS | VIOL: | 8:1326 |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: APD

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIFIAL CONDITIONS: _____

FILED by ___ D.C.
SEP 1 2000

△ - advised of charges
△ - sworn for counsel
INS hold

(Circle One)
Interpreter Request
No interpreter
Known
(Specify language)

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 9-7-00 | 11:00am | BSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-11-00 | 11:00am | LSS | |
| STATUS CONFERENCE: | | | | |

DATE: 9-1-00    TIME: 11:00m    TAPE #00- CTC    PG # 9
521-719
Recalled 00-070