UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55453-004

UNITED STATES OF AMERICA )
Plaintiff )   Case Number: CR 00-4215-1355
Carelo-Serrano, Francisco )   REPORT COMMENCING CRIMINAL
-vs-  )   ACTION
Francisco Carelo )
Defendant

FILED by _____ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI / FT. LAUDERDALE / W. PALM BEACH
U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/31/00   am/**pm**

(2) Language Spoken: Spanish / english

(3) Offense(s) Charged: Reentry after Deportation

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 9/10/72

(6) Type of Charging Document: (check one)
[ ] Indictment  [X] Complaint  To be filed/Already filed
Case# 00-4215-BSS

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: _____

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [X]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9/1/00    (9) Arresting Officer: Lear

(10) Agency: INS       (11) Phone: 954-356-7790

(12) Comments: Dominican Republic