DEFT: Francisco Carela (J)#    CASE NO: 00-4215-BSS
AUSA: Robin Rosenbaum    ATTNY: FPD Sam Smargon
AGENT:    VIOL:
PROCEEDING: PTD HEARING    BOND REC:

FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____
____ BOND SET @ $250,000 Corp Surety w/ nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg held
Both sides stipulate to a $250,000
CSB w/ nebbia, reserving right
to proceed w/ PTD hearing at
a later date.

English

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 9-11-00  11:00am  LSS
STATUS CONFERENCE: _____
DATE: 9-7-00  TIME: 11:00am  TAPE # 00-072  PG # 7
360 - 375