UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00 - 6262** CR-ROETTGER
8 U.S.C. §§1326(a), (b)(2)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
FRANCISCO CARELA, )
)
Defendant. )
_____)

FILED by _____ D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 30, 2000, in Broward County, in the Southern District of Florida, the defendant,

### FRANCISCO CARELA,

an alien, having been previously deported from the United States to the Dominican Republic on or about September 10, 1997, after being convicted on June 6, 1996, of the aggravated felony of possession with intent to distribute cocaine, knowingly attempted to enter the United States without



the Attorney General having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

        A TRUE BILL

        *Leonard Pott*
        FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 2000R02461 |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **FRANCISCO CARELA** | **Superseding Case Information:** |

**Court Division:** (Select One)

\_\_ Miami \_\_ Key West
_X_ FTL \_\_ WPB \_\_ FTP

New Defendant(s)   Yes \_\_\_  No \_\_\_
Number of New Defendants  \_\_\_
Total number of counts  \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _YES_
   List language and/or dialect _SPANISH_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                             (Check only one)

   I    0 to 5 days      _X_         Petty      \_\_
   II   6 to 10 days     \_\_         Minor      \_\_
   III  11 to 20 days    \_\_         Misdem.    \_\_
   IV   21 to 60 days    \_\_         Felony     _X_
   V    61 days and over \_\_

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No. _00-4215-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _8-30-00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

*(signature)*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

\*Penalty Sheet(s) attached                                                REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __FRANCISCO CARELA__          Case No.: _____

========================================    ==========================================

Count #l: Illegal reentry into U.S. after aggravated felony conviction: 8:1326(a) and (b)(2)

**Max. Penalty:** 20 years' imprisonment; $2,000,000.00 fine
==========================================================================
Count #

**Max. Penalty:**
==========================================================================
Count #

**Max. Penalty:**
==========================================================================
Count #:

**Max. Penalty:**
==========================================================================
Count #:

**Max. Penalty:**
==========================================================================

==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.