**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FRANCISCO CARELA (J) #55453-004          CASE NO: 00-6262-CR-ROETTGER

AUSA: ROBIN ROSENBAUM  - *pres*          ATTY: FPD  *Smargon*

AGENT:          VIOL:

PROCEEDING: ARRAIGNMENT          RECOMMENDED BOND:

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @:          To be cosigned by:

FILED by ___ D.C.
SEP 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.          **Reading of Indictment Waived**
Not Guilty plea entered
❏ No firearms.          Jury trial demanded
Standing Discovery Order requested

❏ Curfew: _____.

❏ Travel extended to: _____.

❏ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10-2 | 11 | BSS | |

DATE: 9/11/00    TIME: 11:00    FTL/LSS TAPE # 00 - 047    Begin: 82    End: 103