UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6262-CR-ROETTGER

UNITED STATES OF AMERICA

vs

FRANCISCO CARELA



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 11, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:     Address: __CUSTODY_____

               _____

               Telephone:_____

DEFENSE COUNSEL: Name:_____FEDERAL PUBLIC DEFENDER_____
                 Address: _Tom Smargen_____

                 _____

                 Telephone:_____

BOND CONTINUED:  $ ___250,000 CSB w/NEBBIA_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __11TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. ___00-__047__

cc: Copy for Judge
    U. S. Attorney