| | |
|---|---|
| DEFT: Francisco Carela (no deft ) | CASE NO: 00-6262-CR-Roettger |
| AUSA: Robin Rosenbaum /Bruce Brown | ATTNY: FPD Smargon |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: D.C. |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: OCT 2 2000 |
| BOND SET @ | |
| CO-SIGNATURES: | |

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out - no
motions - Govt ready
2 days to try
probable plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 10-2-00   TIME: 11:00am  11:45am   TAPE # 00-076  PG # 1
445-469

14/00