UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6262-CR-ROETTGER/SELTZER

UNITED STATES OF AMERICA,

VS.

FRANCISCO CARELA,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 2, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two (2) days to try.

2. Defense counsel concurred with the Government's assessment. Counsel further represented that this matter will probably result in a change of plea.

DATED at Fort Lauderdale, Florida this 2nd day of October 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Norman C. Roettger
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Samuel J. Smargon, Esquire
Assistant Federal Public Defender