HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6262-CR-NCR Date: 11/20/00
Courtroom Clerk: P. Hait        Court Reporter: Reenie
Probation Officer: _____ Interpreter: No

Plaintiff(s): U.S.A.            Counsel: Danizas

Defendant(s): J. Carela (J)     Counsel: J. Smargas

Reason For Hearing: Plea

Result of Hearing/Judgment: A adj as guilty.
PSI ordered. D remanded.
Sent. set for 26, 2001 at 2:30 p.m.

Misc.: _____