FILED by ___ D.C.
1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6262-CR-NCK    Date: 1/26/01
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter: ___
Plaintiff(s): U.S.A.    Counsel: Rosenbaum

Defendant(s): F. Carela (J)    Counsel: S. Smargon

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed. 57 mos, 3 yrs S.R., assessed $100.00. Non-reporting if deport. Not to re-enter the U.S. & turned over to INS. Recomm - Montgomery County Maryland

Misc.: ___