FRANCISCO CARELA,

      Movant,

v.


UNITED STATES OF AMERICA,

      Respondent.

_____/

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.:02-60902-CIV-ROETTGER
         00-6262-CR-ROETTGER

**ORDER ON REPORT AND
RECOMMENDATION OF UNITED
STATES MAGISTRATE**

FILED by _____ D.C.

JAN 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon the Report and Recommendation prepared by United States Magistrate Judge Charlene S. Sorrentino who recommends denying the instant petition to vacate sentence, pursuant to 28 U.S.C. § 2255, filed <u>pro se</u>. Upon consideration of the Report and the entire record herein, it is

      **ORDERED AND ADJUDGED** that the Court adopts the Report and Recommendation prepared by Magistrate Judge Sorrentino. Movant's petition to vacate pursuant to 28 U.S.C. § 2255 is hereby **DENIED.**

      **IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of the Court is directed to close the civil case file accordingly and all pending motions are **DENIED AS MOOT.**

      **DONE AND ORDERED** this __30__ day of ____Dec____, 2002.

_____
**NORMAN C. ROETTGER**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Sorrentino
    Francisco Carela
    counsel of record